IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES CARLIN,** | No. C 06-4145 SI |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **ROBERT WONG, Acting Warden,** | |
| Respondent. | |

This Court considered Respondent's Request for an Extension of Time to File an Initial Response, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Request for an Extension of Time to File an Initial Response is **GRANTED**; Respondent shall file an initial response by **November 17, 2006.** If Petitioner wishes to respond to the initial response, he shall file his response with the court and serve it upon Respondent within 30 days of his receipt of the initial response.

Dated: _____          _____
                                SUSAN ILLSTON
                                United States District Judge