IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARLIN,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT WONG, Acting Warden,<br><br>    Respondent.                        / | No. C 06-4145 SI<br><br>**ORDER DENYING PETITIONER'S MOTION TO STRIKE ANSWER** |

Petitioner's motion to strike the answer is scheduled for a hearing on June 8, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

Petitioner moves to strike the answer on the ground that respondent did not comply with the Court's July 24, 2006 Order to Show Cause, Rule 5 of the Rules Governing § 2254 Cases, and AEDPA. Petitioner's motion challenges the fact that respondent did not include every exhibit that was filed in the state court, and because respondent included additional exhibits that were not filed with the state court.

After review of the relevant rules, the Court finds no error on respondent's part. Under this Court's order and Rule 5 of the Rules Governing § 2254 Cases, respondent was required to provide, *inter alia*, a copy of the transcript of the parole hearing, "any brief that petitioner submitted in an appellate court contesting the conviction or sentence, or contesting an adverse judgment or order in a post-conviction proceeding," and all portions of the parole hearing record that are "relevant to a determination of the issues presented by the petition." Petitioner contends that respondent should have provided a copy of all of the exhibits submitted in connection with petitioner's two state court petitions

filed in superior court. However, neither the Court's order nor Rule 5 clearly requires respondent to file these exhibits. Petitioner does not cite any authority for the proposition that respondent has violated AEDPA. The Court also finds no error in respondent's submission of two exhibits that were not filed in state court; the Court makes no finding at this juncture regarding the relevance of these exhibits.

To the extent that petitioner wishes to supplement the record with any exhibits, petitioner may do so. Petitioner shall file a traverse, along with any additional exhibits, no later than **June 11, 2007**.

**IT IS SO ORDERED.**

Dated: May 22, 2007

SUSAN ILLSTON
United States District Judge