IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARLIN, | No. C 06-4145 SI |
| Petitioner, | **ORDER GRANTING RESPONDENT'S APPLICATION FOR STAY OF THIS COURT'S AUGUST 4, 2008 ORDER TO RELEASE PETITIONER** |
| v. | |
| ROBERT WONG, Acting Warden, | |
| Respondent. | |

Respondent seeks a stay of this Court's August 4, 2008 Order to Release Petitioner pending the appeal in this case. Alternatively, respondent seeks a temporary stay of the Order in order to allow respondent time to seek a stay in the Ninth Circuit Court of Appeals. The Court GRANTS respondent's alternative request and STAYS the August 4, 2008 Order until 5:00 p.m. on **August 26, 2008**. (Docket No. 36).

**IT IS SO ORDERED.**

Dated: August 12, 2008

SUSAN ILLSTON
United States District Judge