UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAMES CARLIN,

        Petitioner - Appellee,

 v.

VINCE CULLEN, Acting Warden,
Acting Warden,

        Respondent - Appellant.

No. 08-16813

D.C. No. 3:06-cv-04145-SI
U.S. District Court for Northern
California, San Francisco

**MANDATE**

The judgment of this Court, entered June 09, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Rhonda Roberts
        Deputy Clerk