KAMALA D. HARRIS
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
DENISE A. YATES
Deputy Attorney General
State Bar No. 191073
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5531
  Fax: (415) 703-5843
  E-mail: Denise.Yates@doj.ca.gov
*Attorneys for Respondent Michael Martel, Acting Warden at San Quentin State Prison*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JAMES CARLIN,**<br><br>                Petitioner,<br><br>v.<br><br>**CALIFORNIA STATE PRISON,**<br><br>                Respondent. | C 06-4145 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: August 26, 2011<br>Time: 3:00 p.m.<br>Courtroom: 10<br>Judge    The Honorable Susan Illston<br>Trial Date  n/a |

     Pursuant to the Clerk's Notice of July 19, 2011 and this Court's Standing Case Management Conference Order, Respondent Michael Martel, Acting Warden at San Quentin State Prison, through counsel, submits the following stipulation between the parties for continuing the case management conference currently scheduled for August 26, 2011, upon agreement and order of this Court.

     DECLARATION OF COUNSEL IN SUPPORT OF STIPULATED REQUEST

     I, Denise A. Yates, declare under penalty of perjury of the laws of the State of California and of the United States:

     1.    I am an attorney admitted to practice before the courts of the State of California

1

and this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Writs and Appeals Section, and I am assigned to represent respondent in this habeas action in which petitioner Carlin challenges the Board of Prison Terms' December 15, 2003 decision denying him parole.

2. Following a decision by the Ninth Circuit Court of Appeals, this Court ordered the parties to appear for a case management conference on August 26, 2011, and to file a joint case management conference statement by August 19, 2011.

3. I will be out of the office from August 8 through August 18, 2011. Since receiving this Court's July 19, 2011 Notice, I have prepared six filings and responded to an adverse order. I also need to work on at least three other filings before August 8.

4. I communicated with Petitioner Carlin's attorney, Margaret Littlefield, and she does not object to continuing the joint case management conference to September 23, 2011, and the deadline for filing the joint case management conference statement to September 16, 2011.

5. This stipulated agreement to continue the conference and statement dates is not made for any purpose of harassment, undue delay, or for any improper reason. Respondent has not requested any other extensions of time to continue the conference and statement dates in this case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 4, 2011, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/      Denise A. Yates
　　　　　　　　　　　　　　　　　　　　DENISE A. YATES
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

////
////
////
////
////
////

Accordingly, counsel for Petitioner and counsel for Respondent hereby stipulate that the case management conference should be continued to September 23, 2011, and the deadline for filing the joint case management conference statement should be continued to September 16, 2011.

Dated: August 4, 2011            /s/     *Margaret Littlefield*
                                 MARGARET LITTLEFIELD

                                 Attorney for Petitioner

Dated: August 4, 2011            /s/     *Denise A. Yates*
                                 DENISE A. YATES
                                 Deputy Attorney General

                                 Attorney for Respondent

---

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 5 , 2011

                                 _____
                                 SUSAN ILLSTON
                                 United States District Judge

SF2006200462
20499046.doc

# CERTIFICATE OF SERVICE

Case Name: __Carlin v. Wong__          No. __C06-4145 SI__

I hereby certify that on **August 4, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 4, 2011**, at San Francisco, California.

| L. Tra | /s/ *L. Tra* |
|---|---|
| Declarant | Signature |

SF2006200462
20501347.doc