LAW OFFICES OF

# MICHAEL SATRIS

<u>Associate Counsel</u>

Margaret Littlefield

POST OFFICE BOX 337
BOLINAS, CA 94924
TEL: (415) 868-9209
FAX: (415) 868-2658
EMAIL: SATRIS@SBCGLOBAL.NET

**APPROVED**
/s/ Susan Illston
Judge Susan Illston

October 21, 2011

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA

Re: *Carlin v. Wong,* No. C 06-4145 (PR) SI

To the Honorable Clerk:

By minute order filed September 27, 2011 (Doc. 53), the Court set a briefing schedule for respondent to file a motion to dismiss in this case as follows: motion due by October 7, 2011; opposition due by October 28, 2011; reply to opposition due by November 4, 2011. The Court set a hearing date of November 18, 2011.

Respondent filed his motion to dismiss on October 5, 2011 (Doc. 54), with the scheduled hearing date of November 18, 2011, on the motion. Apparently, the automatic e-filing system then supplied its own dates for subsequent briefing: opposition due on October 19, 2011, with any reply due by October 26, 2011.

On October 19, 2011, I spoke with a Clerk of the Court to point out the discrepancy. I was informed I should e-file a letter explaining that the briefing schedule for respondent's motion to dismiss had previously been set by the Court, and was different than the schedule automatically generated by the ECF system.

Respectfully,

/s/ Margaret Littlefield

Margaret Littlefield
Attorney for Petitioner
James Carlin