IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES CARLIN,            No. C 06-4145 SI

    Petitioner,            **JUDGMENT**

  v.

ROBERT WONG, Acting Warden,

    Respondent.
                                   /

The Court has dismissed petitioner's remaining claim, and accordingly judgment is entered against petitioner and in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 9, 2011

                                                    SUSAN ILLSTON
                                                    United States District Judge